# ACTIONS ON APPLICATIONS FOR LEAVE TO APPEAL FROM THE COURT OF APPEALS

*Leave to Appeal Denied January 8, 2009:*

KRUG V VICTOR, No. 137920; Court of Appeals No. 289308.

*Summary Disposition January 9, 2009:*

PEOPLE V RONALD RUSSELL, No. 137330. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for reconsideration of that part of the defendant's application challenging the imposition of attorney fees in light of *People v Trapp (On Remand)*, 280 Mich App 598 (2008). On remand, the Court of Appeals shall also consider whether any recoupment of the costs of court-appointed counsel is permissible since the record suggests that the defendant was represented by retained counsel throughout most of the trial court proceedings. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 284777.

HATHAWAY, J., did not participate.

*Leave to Appeal Denied January 9, 2009:*

PEOPLE V MATTHEW BELL, No. 137305. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283337.

HATHAWAY, J., did not participate.

PEOPLE V WERNER, No. 137307. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284908.

HATHAWAY, J., did not participate.

PEOPLE V GOODE, No. 137318; Court of Appeals No. 286196.

HATHAWAY, J., did not participate.

PEOPLE V VANCE, No. 137320. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285357.

HATHAWAY, J., did not participate.

PEOPLE V BROOKS, No. 137323; Court of Appeals No. 271412.

HATHAWAY, J., did not participate.